

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00236-CV

PHYLLIS NICHOLAS          APPELLANT

V.

FANNIE MAE A/K/A FEDERAL          APPELLEE
NATIONAL MORTGAGE
ASSOCIATION

----------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On March 27, 2012, we notified Appellant Phyllis Nicholas that her brief did not comply with appellate rule of procedure 38.1(d), (g), and (i).[2]  We allowed Appellant until April 9, 2012 to file an amended brief that complied with the above rule.  We stated in our letter to Appellant that her failure to timely file an amended

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Tex. R. App. P. 38.1(d), (g), (i).

brief in compliance with the above rule could result in the waiver of noncompliant points, our striking her brief, or the dismissal of her appeal.[3] We granted Appellant an extension of more than six weeks to file her compliant amended brief, ordering the amended brief to be filed by May 22, 2012 and stating that no further extensions would be granted. We received Appellant's amended brief on May 22, 2012, but it too was noncompliant[4] and therefore not filed by this court.

Accordingly, we strike Appellant's brief and dismiss this appeal for want of prosecution.[5]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: June 14, 2012

---

[3]*See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3(b), (c).

[4]*See* Tex. R. App. P. 38.1(d), (g), (i).

[5]*See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3(b), (c).

2